**Opinion issued August 22, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-13-00679-CR**

————————————

**IN RE QUINCY BUTLER, Relator**

———————————————————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————————————————

### MEMORANDUM OPINION

Relator, Quincy Butler, complains of the trial court's denial of his motion to reduce his bail bond.[1] Butler identifies the trial court as the 272nd District Court in Brazos County, Texas. Courts in Brazos County are not within this Court's district. TEX. GOV'T CODE ANN. § 22.201(b) (Vernon Supp. 2012). We only have the authority to issue a writ of mandamus against a "judge of a district or county

---

[1] Relator does not identify the style or case number of the underlying proceeding but asserts that the proceeding is pending in the 272nd District Court of Brazos County, Texas, the Honorable Travis B. Bryan III presiding.

court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)–(b) (Vernon 2004). The relief Butler seeks is not necessary to enforce our appellate jurisdiction.

Accordingly, we dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).